**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rafaela Ortiz | Social Security number or ITIN   xxx–xx–3384 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–26391–VFP | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rafaela Ortiz

11/16/18                                                           **By the court:**   Vincent F. Papalia
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                             Case No. 18-26391-VFP
Rafaela Ortiz                                                      Chapter 7
      Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 3         Date Rcvd: Nov 16, 2018
                               Form ID: 318                Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db            +Rafaela Ortiz,   267 Elberon Avenue,    Paterson, NJ 07502-1324
517757879     +Account Assure,    Plan Administrator,    P.O. Box 101147,    Birmingham, AL 35210-6147
517757877     +AllianceOne Receivables Management, Inc.,     P.O. Box 11641,    Tacoma, WA 98411-6641
517757887      American Coradius Internation LLC,    2420 Sweet Home Rd,    Suite 150,    Sharon Grove, KY 42280
517703582     +Bby/cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517757894     +Central Credit Services LLC,    9550 Regency Square Blvd,    Suite 500,
                Jacksonville Beach, FL 32225-8169
517703587     +Citi/cbna,   701 E 60th St N,   Sioux Falls, SD 57104-0493
517757888     +Client Services, Inc.,    P.O. Box 1503,    Saint Peters, MO 63376-0027
517757884     +Credit Control, LLC,    P.O. Box 546,    Hazelwood, MO 63042-0546
517757893      ERC,   P.O. Box 23870,    Jacksonville, FL 32241-3870
517757880     +FMA Alliance Ltd,    P.O. Box 2409,   Houston, TX 77252-2409
517703594     +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
517757874     +Foster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
517757878     +Grand Vacation Services,    Attn: Loan Servicing,    6355 Metrowest Blvd,
                Orlando, FL 32835-6203
517757882     +Hilton Gran Vacations,    Association Manager,    P.O. Box 402705,    Atlanta, GA 30384-2705
517757892     +Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
517757875     +Lord & Taylor,    Capital One Retail Services,    P.O. Box 71106,    Charlotte, NC 28272-1106
517757870     +MRS Bpo, LLC,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
517865912     +Medi-Lynx-Cardiac Monitoriing LLC,    6700 Pinecrest Drive,    Plano, TX 75024-4265
517757886     +Monarch Recovery Management, Inc.,    P.O. Box 986,    Bensalem, PA 19020-0986
517703600    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
517757873     +National Enterprise Systems,    2479 Edison Blvd,    Unit A,    Twinsburg, OH 44087-2476
517703602     +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517757881     +Resort Legal Team,    Cancellations Experts,    9340 W. Martin Avenue,    Suite 201,
                Las Vegas, NV 89148-4896
517703620     +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
517757876     +The Port Authority of NY & NJ,    P.O. Box 15187,    Albany, NY 12212-5187
517757889     +Vital Recovery Services, LLC,    P.O. Box 923747,    Peachtree Cors, GA 30010-3747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2018 00:40:59     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2018 00:40:55     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517757885     +EDI: ARSN.COM Nov 17 2018 05:08:00      ARS National Services,    P.O. Box 469046,
                Escondido, CA 92046-9046
517703583      EDI: BANKAMER.COM Nov 17 2018 05:13:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
517703581     +EDI: TSYS2.COM Nov 17 2018 05:08:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
517703584      EDI: CAPITALONE.COM Nov 17 2018 05:13:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238
517703585     +EDI: CAPITALONE.COM Nov 17 2018 05:13:00      Capital One,    Po Box 30253,
                Salt Lake City, UT 84130-0253
517757891     +EDI: CAPITALONE.COM Nov 17 2018 05:13:00      Capital one Bank,    P.O. Box 71083,
                Charlotte, NC 28272-1083
517703586     +EDI: CHASE.COM Nov 17 2018 05:13:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517703588     +EDI: WFNNB.COM Nov 17 2018 05:13:00      Comenity Bank/avenue,    Po Box 182789,
                Columbus, OH 43218-2789
517757890     +EDI: WFNNB.COM Nov 17 2018 05:13:00      Comenity-Annie Sez,    P.o. Box 659584,
                San Antonio, TX 78265-9584
517703589     +EDI: WFNNB.COM Nov 17 2018 05:13:00      Comenitycb/hsn,    Po Box 182120,
                Columbus, OH 43218-2120
517703590     +EDI: WFNNB.COM Nov 17 2018 05:13:00      Comenitycb/mypointsrwd,    Po Box 182120,
                Columbus, OH 43218-2120
517703591     +EDI: WFNNB.COM Nov 17 2018 05:13:00      Comenitycb/zales,    Po Box 182120,
                Columbus, OH 43218-2120
517703592     +EDI: RCSFNBMARIN.COM Nov 17 2018 05:13:00      Credit One Bank Na,    Po Box 98872,
                Las Vegas, NV 89193-8872
517703593     +EDI: TSYS2.COM Nov 17 2018 05:13:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517703595     +EDI: AMINFOFP.COM Nov 17 2018 05:13:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
517703596     +EDI: CBSKOHLS.COM Nov 17 2018 05:13:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
517703597     +E-mail/Text: bk@lendingclub.com Nov 17 2018 00:41:35     Lending Club Corp,    71 Stevenson,
                San Francisco, CA 94105-2985
517703598     +EDI: MERRICKBANK.COM Nov 17 2018 05:08:00      Merrick Bank Corp,    Po Box 9201,
                Old Bethpage, NY 11804-9001
517703599     +EDI: MERRICKBANK.COM Nov 17 2018 05:08:00      Merrick Bk,    Po Box 9201,
                Old Bethpage, NY 11804-9001
```

```
District/off: 0312-2          User: admin               Page 2 of 3                    Date Rcvd: Nov 16, 2018
                              Form ID: 318              Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517757883      +EDI: MID8.COM Nov 17 2018 05:13:00      Midland Credit Management, Inc.,    2365 Northside Drive,
                Suite 300,    San Diego, CA 92108-2709
517757896      +E-mail/Text: Jerry.Bogar@conduent.com Nov 17 2018 00:42:20       NJ E-Z Pass,
                Violations Processing Center,    P.O. Box 4971,    Trenton, NJ 08650-4971
517703601      +E-mail/Text: bankruptcy@njfcu.org Nov 17 2018 00:41:09       North Jersey Fcu,    711 Union Blvd,
                Totowa, NJ 07512-2207
517703603      +EDI: PRA.COM Nov 17 2018 05:08:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
517757872      +EDI: RMCB.COM Nov 17 2018 05:08:00      RMCB,   Retrieval-Masters Credit Bureau, Inc,
                p.o. box 1235,    Elmsford, NY 10523-0935
517703604      +EDI: DRIV.COM Nov 17 2018 05:08:00      Santander Consumer Usa,    Po Box 961245,
                Ft Worth, TX 76161-0244
517703605      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/bp,    Po Box 965024,    Orlando, FL 32896-5024
517703606      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/care Credit,    C/o Po Box 965036,
                Orlando, FL 32896-0001
517703607      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/electronics Expo,    C/o Po Box 965036,
                Orlando, FL 32896-0001
517703608      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/home Dsgn Ce/app,    C/o Po Box 965036,
                Orlando, FL 32896-0001
517703609      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/jc Penney Dc,    Po Box 965007,
                Orlando, FL 32896-5007
517703610      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
517703611      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/jennifer Convrtb,    950 Forrer Blvd,
                Kettering, OH 45420-1469
517703612      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/old Navy,    Po Box 965005,
                Orlando, FL 32896-5005
517703613      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/oldnavydc,    Po Box 965005,
                Orlando, FL 32896-5005
517703614      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/pc Richard,    Po Box 965036,
                Orlando, FL 32896-5036
517703615      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/score Rewards Dc,    Po Box 965005,
                Orlando, FL 32896-5005
517703616      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/tjx Cos Dc,    Po Box 965015,
                Orlando, FL 32896-5015
517703617      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
517703618      +EDI: RMSC.COM Nov 17 2018 05:13:00      Syncb/walmart Dc,    Po Box 965024,
                Orlando, FL 32896-5024
517704517      +EDI: RMSC.COM Nov 17 2018 05:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517703619      +EDI: WTRRNBANK.COM Nov 17 2018 05:13:00      Td Bank Usa/targetcred,    Po Box 673,
                Minneapolis, MN 55440-0673
517703621      +EDI: WFFC.COM Nov 17 2018 05:13:00      Wells Fargo Dealer Svc,    Po Box 1697,
                Winterville, NC 28590-1697
                                                                                              TOTAL: 44

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517757895*     +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
517757871*     +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 3 of 3                  Date Rcvd: Nov 16, 2018
                              Form ID: 318             Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:

          Bradley J. Halberstadt    bk@szjlaw.com
          Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Franklin G. Soto    on behalf of Debtor Rafaela   Ortiz yesenia@bsgslaw.com
          Kevin Gordon McDonald    on behalf of Creditor    Fifth Third Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6